

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-21-00570-CR

Rueben Justin **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9333
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was originally due February 8, 2022, but was not filed. In response to this court's notification that the record was late, the court reporter requested an extension of time to file the record until April 11, 2022, and we granted that request. As of the date of this order, neither the reporter's record nor a notification of late record has been filed. We therefore **ORDER** the court reporter to file the record **by April 25, 2022**. In the unforeseen event that the court reporter does not comply with this order, we may be required to initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court